No. 04–681. LINDQUIST, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF LINDQUIST v. BUCKINGHAM TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–684. TEN TAXPAYER CITIZENS GROUP ET AL. v. CAPE WIND ASSOCIATES, LLC. C. A. 1st Cir. Certiorari denied.

No. 04–688. SHAW v. SHAW. Sup. Ct. Fla. Certiorari denied.

No. 04–690. CALLICO ET UX. v. CITY OF BELLEVILLE, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–691. THOMPSON v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 9th Cir. Certiorari denied.

No. 04–726. MOYE, O'BRIEN, O'ROURKE, HOGAN & PICKERT v. NATIONAL RAILROAD PASSENGER CORPORATION. C. A. 11th Cir. Certiorari denied.

No. 04–752. GUZMAN-SANTANA v. ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–757. BUSH, GOVERNOR OF FLORIDA v. SCHIAVO, GUARDIAN OF SCHIAVO. Sup. Ct. Fla. Certiorari denied.

No. 04–764. BRENNAN ET UX. v. MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY ET AL. Ct. App. Mich. Certiorari denied.

No. 04–773. MCCURDY v. ARKANSAS STATE POLICE. C. A. 8th Cir. Certiorari denied.

No. 04–777. WIMBUSH-BOWLES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. GTE SERVICE CORPORATION PLAN FOR EMPLOYEES' PENSIONS ET AL. C. A. 11th Cir. Certiorari denied.